FILED 16 SEP '26 12:0 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-** 00356-MO |
| **v.** | **INDICTMENT** |
| **ALICE NISTOR,** | **18 U.S.C. § 1029(a)(2)**<br>**18 U.S.C. § 1028A**<br>**18 U.S.C. § 2** |
| **Defendant.** | |
| | **Forfeiture Allegation** |

**THE GRAND JURY CHARGES:**

**INTRODUCTORY ALLEGATIONS:**

1. An "access device" was any card, code, account number, personal identification number ("PIN"), or other means of account access that could be used, alone or in conjunction with another access device, to obtain money, goods, or services.

2. An "unauthorized access device" was any access device that was lost, stolen, or obtained with intent to defraud.

3. A "means of identification" was any name or number usable to identify a specific individual, including a unique electronic identifier or an access device as defined in Title 18, United States Code, Section 1029(e). The U.S. Department of Agriculture administers the

Supplemental Nutrition Assistance Program ("SNAP") through its Food and Nutrition Service. SNAP is a federally funded assistance program designed to help eligible individuals and families purchase food.

4. In Oregon, SNAP benefits are loaded to an electronic account accessed through an Electronic Benefit Transfer ("EBT") card, also known as an Oregon Trail Card. Each EBT card has a unique account number encoded on the card, and each recipient is assigned a unique PIN. When an EBT card is used at a point-of-sale terminal, the user enters the PIN and funds are electronically debited from the recipient's account and credited to the retailer. Other states administer substantially similar programs.

**Count 1**
**Unauthorized Use of Access Devices**
**(18 U.S.C. §§ 1029(a)(2) and 2)**

5. Between on or about August 1, 2024, and November 1, 2024, within the District of Oregon and elsewhere, defendant ALICE NISTOR knowingly and with intent to defraud used and aided and abetted the use of one or more unauthorized access devices, specifically stolen EBT account numbers and associated PINs, and by such conduct obtained things of value totaling $1,000 or more during a one-year period, in transactions affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

**Count 2**
**Aggravated Identity Theft**
**(18 U.S.C. §§ 1028A(a)(1) and 2)**

6. On or about October 19, 2024, within the District of Oregon and elsewhere, defendant ALICE NISTOR knowingly used and aided and abetted the use, without lawful authority, of a means of identification of another actual person, knowing that the means of

identification belonged to another actual person, namely, an EBT account number and associated PIN assigned to a specific SNAP beneficiary known to the Grand Jury, to access and spend that beneficiary's SNAP benefits, during and in relation to the felony access device fraud alleged in Count 1 of this Indictment.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

**FORFEITURE ALLEGATION**

Upon conviction of Count 1 of this Indictment, defendant ALICE NISTOR shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1029(c), and Title 28, United States Code, Section 2461(c): (1) any personal property used or intended to be used to commit the offense; and (2) any property constituting or derived from proceeds traceable to the offense, including a money judgment equal to the proceeds obtained.

If forfeitable property is unavailable because of an act or omission of the defendant, the United States will seek substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 1029(c), and Title 28, United States Code, Section 2461(c).

Dated: September 15, 2026.

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

NICHOLAS D. MEYERS, OSB # 222743
Assistant United States Attorney